**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mario SALAS, Defendant–Appellant.**

No. 02–6544.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 25, 2002.

Decided July 11, 2003.

Mario Salas, Appellant Pro Se. Nicholas Stephan Altimari, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Mario Salas seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and conclude that Salas has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2) (2000). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*DISMISSED.*